**UNPUBLISHED ORDER**
Not to be cited per Circuit Rule 53

# United States Court of Appeals

**For the Seventh Circuit**
**Chicago, Illinois 60604**

Submitted April 8, 2005
Decided April 19, 2005

*Before*

Hon. William J. Bauer, *Circuit Judge*

Hon. Richard A. Posner, *Circuit Judge*

Hon. Frank H. Easterbrook, *Circuit Judge*

No. 04-3318

| | |
|---|---|
| DONNA HANSEN and ROBERT W. HANSEN, Plaintiffs-Appellants, | Appeal from the United States District Court for the Central District of Illinois. |
| *v.* | No. 03 C 2073 |
| ROBERT CANNON, SERGEANT AUTERMAN, CHARLES WOLFE, et al., Defendants-Appellees. | Michael P. McCuskey, *Chief Judge*. |

**O R D E R**

Back in April 2004, the district court, having awarded judgment to the defendants, awarded court costs to them. The plaintiffs sought reconsideration of the award of costs, which the district court turned down in August of that year. In November, we affirmed the judgment for the defendants in part and reversed in part. Before us now is the plaintiffs' appeal from the denial of their motion for reconsideration. None of the parties seems aware that the award of costs fell with our reversal. The district court should make a new award after the proceedings on remand are complete.

The award of costs is therefore

VACATED.